United States District Court
Southern District of Texas
**ENTERED**
July 01, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY ALVARADO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-02148 |
| | § | |
| CLARK, LOVE & HUTSON, G.P., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant Clark, Love & Hutson's Sealed Motion. (Doc. No. 5). The Parties appeared before the Court on July 1, 2019 at 12:30 p.m. for a telephonic conference before a court reporter. Having heard the arguments from the Parties, the Court hereby **ORDERS** that Plaintiffs' Complaint (Doc. No. 1) be **SEALED**.

The Court further grants leave to Plaintiffs' counsel to file a motion to unseal the Complaint no later than July 31, 2019.

Signed at Houston, Texas, this 1st day of July, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE