```
 1                UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF TEXAS
 3                      HOUSTON DIVISION
 4
 5    TAMMY ALVARADO, CLARA            *
      REDMOND, TAMMY HAGA, AMY         *
 6    RUMINSKI, AND PAMELA             *
      JOHNSON                          *
 7                                     *
      VS.                              *   NO. 4:19-CV-02148
 8                                     *
      CLARK, LOVE & HUTSON, G.P.;      *
 9    LEE & MURPHY LAW FIRM, G.P.;     *
      CLAYTON A. CLARK; CLAYTON A.     *
10    CLARK, ESQ., PC; SCOTT A.        *
      LOVE; SCOTT A. LOVE, PC;         *
11    SHELLEY HUTSON; HUTSON LAW       *
      FIRM, P.C.; JAMES LEE, JR.;      *
12    JAMES LEE LAW FIRM, PC; AND      *
      ERIN MURPHY                      *
13
14
15
16
17              ----------------------------
                ORAL AND VIDEOTAPED DEPOSITION OF
18                      JAMES LEE, JR.
                        OCTOBER 15, 2020
19                     (REPORTED REMOTELY)
                ----------------------------
20
21
22
23
24
25
                                                    Page 1
```

```
 1            ORAL AND VIDEOTAPED DEPOSITION OF JAMES
 2   LEE, JR., produced as a witness at the instance
 3   of the Plaintiffs, and duly sworn, was taken in
 4   the above-styled and numbered cause on the 15th
 5   day of October, 2020, from 8:58 a.m. to 12:12
 6   p.m., before Gail Spurgeon, Certified Court
 7   Reporter in and for the State of Texas, reported
 8   by machine shorthand remotely, with the witness
 9   being located in Dorado, Puerto Rico, pursuant
10   to the Federal Rules of Civil Procedure, the
11   Emergency Orders Regarding the COVID-19 State of
12   Disaster, and the provisions stated on the
13   record.
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT B**

```
 1                A P P E A R A N C E S
 2
            MR. JAMES M. BEGGS
 3          Beggs Landers Law Firm
            140 East Irving Blvd.
 4          Irving TX  75060
            jim@beggslaw.com
 5               APPEARING FOR THE PLAINTIFFS
 6
            MR. DON JACKSON
 7          MR. K. KNOX NUNNALLY
            Ware Jackson Lee O'Neill Smith & Barrow
 8          2929 Allen Parkway
            39th Floor
 9          Houston TX  77019
            donjackson@warejackson.com
10               APPEARING FOR THE DEFENDANTS
                 JAMES LEE, JR.; JAMES LEE LAW FIRM,
11               PC;  LEE & MURPHY LAW FIRM, G.P.
                 AND ERIN MURPHY
12
13          MR. DALE JEFFERSON
            Martin Disiere Jefferson & Wisdom
14          808 Travis Street
            Suite 1100
15          Houston TX
            jefferson@mdjwlaw.com
16               APPEARING FOR THE DEFENDANTS
                 CLARK, LOVE & HUTSON, G.P.; CLAYTON
17               A. CLARK; CLAYTON A. CLARK, ESQ. PC,
                 SHELLEY HUTSON; AND HUTSON LAW FIRM
18
19          MR. BILLY SHEPHERD
            Shepherd Prewett Miller
20          770 S. Post Oak Lane
            Houston TX  77056
21          bshepherd@spcounsel.com
                 APPEARING FOR THE DEFENDANTS
22               SCOTT A. LOVE AND SCOTT A. LOVE, PC
23     ALSO PRESENT:
            Erin Murphy
24          Jennifer Black
            Will Rain, Videographer
25
```

Page 3

**EXHIBIT B**

```
 1    did you go to law school at Baylor as well?
 2         A.   I went to law school at the
 3    University of Houston.
 4         Q.   Okay.  And when did you graduate?
 5         A.   2003.
 6         Q.   All right.  And where did you go to
 7    work out of law school?
 8         A.   I first started working at McGinnis,
 9    Lochridge & Kilgore as my full-time job after
10    law school.  I was an associate attorney.
11         Q.   How long were you there?
12         A.   Several years.
13         Q.   Do you recall when you left?
14         A.   2005 maybe.  2006.  I don't recall.
15         Q.   What kind of work did you do there?
16         A.   Corporate litigation and bankruptcy.
17         Q.   And then where did you go when you
18    left that firm?
19         A.   I went to go work with Clayton Clark.
20         Q.   Would that be in Houston?
21         A.   Yes.
22         Q.   And what was the name of that firm?
23         A.   At the time it was Clark Burnett.
24         Q.   Do you recall what year that was?
25         A.   2005, 2006.
```

Page 13

```
 1          Q.   And how long were you there?
 2          A.   Up until I formed -- I mean -- Clark
 3   Burnett turned into Clark, Dean, Burnett, turned
 4   into Clark, Burnett, Love & Lee, and then -- and
 5   then I left and started my own firm.
 6          Q.   Do you recall when it turned into
 7   Clark, Burnett, Love & Lee, I believe you said?
 8          A.   I don't exactly but I think it was
 9   around 2009, 2010.
10          Q.   Okay.  Do you recall what firm you
11   were with in 2011?
12          A.   Clark, Burnett, Love & Lee.
13          Q.   Okay.  What about 2012?
14          A.   I think in the beginning of 2012 we
15   split and formed Lee Murphy.
16          Q.   Okay.  And you've been with Lee
17   Murphy ever since; would that be right?
18          A.   That's correct.
19          Q.   Okay.  What's your position with Lee
20   Murphy?
21          A.   I'm a partner.
22          Q.   Are you managing partner?
23          A.   I am.
24          Q.   Is that a GP or an LLC or what?
25          A.   At the time that we represented these
```

Page 14

1           Q.   Have you ever seen any correspondence
2      from CLH that you were copied on that was sent
3      to the plaintiffs?
4           A.   Only -- only after the lawsuit was
5      filed and discovery was produced.
6           Q.   And what period of time, if you
7      recall, did those -- did that correspondence
8      occur?
9           A.   The correspondence that I've seen are
10     dated, you know, from years ago.  If -- I'm not
11     -- I don't understand your question.  I'm sorry.
12          Q.   Sure.  I was just trying to ascertain
13     what you received -- you said you received
14     copies of correspondence after this lawsuit was
15     filed, so I was asking what -- what period of
16     time that correspondence covered that you
17     received.
18          A.   Oh, I see.  The -- when I say the
19     correspondence, to me, the main documents that I
20     remember seeing after the lawsuit was filed was
21     the settlement statements, the settlement
22     packets.
23          Q.   I see.  Okay.  I want to be sure I
24     understand your testimony now.  You were a
25     partner at Clark, Burnett, Love & Lee, right?

Page 42

```
 1        A.   Yes.
 2        Q.   Okay.  And you would be considered or
 3   you testified you're a partner and owner at Lee
 4   Murphy, correct?
 5        A.   Yes.
 6        Q.   And you've testified, I believe, that
 7   Lee Murphy had -- did some legal work and
 8   represented three of the plaintiffs; is that
 9   correct?
10        A.   Yes.
11        Q.   Okay.  And you -- did you receive
12   legal fees on those cases?
13        A.   Only on Ms. Redmond, that we are
14   aware of.
15        Q.   Okay.  So if the settlement
16   statements say otherwise, you wouldn't have
17   received any of the fees, as far as you know?
18        A.   As far as we know right now, we did
19   not receive other fees.
20        Q.   Did you get all the legal fees you
21   contracted for?
22        A.   Not that I am aware of.
23        Q.   So you -- you are owed some
24   outstanding fees; would that be true?
25        A.   No.  We -- we had a -- we -- and I
```

Page 43

**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TAMMY ALVARADO, CLARA REDMOND, TAMMY HAGA, AMY RUMINSKI, AND PAMELA JOHNSON *
*
VS. * NO. 4:19-CV-02148
*
CLARK, LOVE & HUTSON, G.P.; LEE & MURPHY LAW FIRM, G.P.; CLAYTON A. CLARK; CLAYTON A. CLARK, ESQ., PC; SCOTT A. LOVE; SCOTT A. LOVE, PC; SHELLEY HUTSON; HUTSON LAW FIRM, P.C.; JAMES LEE, JR.; JAMES LEE LAW FIRM, PC; AND ERIN MURPHY *

REPORTER'S CERTIFICATION
DEPOSITION OF JAMES LEE, JR.
OCTOBER 15, 2020

I, GAIL SPURGEON, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the foregoing deposition of JAMES LEE, JR. Was reported by me stenographically at the time and place indicated, said witness having been placed under oath by me, and that the transcript is a true record of the testimony given by the witness;

**EXHIBIT B**

```
 1                  I further certify that pursuant to
        FRCP Rule 30(f)(1) that the signature of the
 2      deponent:
                    X   was requested by the deponent or
 3      a party before the completion of the deposition
        and is to be returned within 30 days from date
 4      of receipt of the transcript.  If returned, the
        attached Changes and Signature Page contains any
 5      changes and the reasons therefor;
                    _____  was not requested by the
 6      deponent or a party before the completion of the
        deposition;
 7
                    I further certify that I am neither
 8      counsel for, related to, nor employed by any of
        the parties or attorneys in the action in which
 9      this proceeding was taken, and further that I am
        not financially or otherwise interested in the
10      outcome of the action.
11                  Given under my hand this the
        23rd day of October, 2020.
12
13
14                              GAIL SPURGEON
                                Texas CSR 1718
15                              Expires: 11/30/22
                                Firm No. 571
16                              Veritext Legal Solutions
                                300 Throckmorton Street
17                              Suite 1600
                                Fort Worth, Texas  76102
18                              817.336.3042
19
20
21
22
23
24
25

                                              Page 99
```

**EXHIBIT B**