```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3   TAMMY ALVARADO; CLARA          )
     REDMOND; TAMMY HAGA; AMY       )
 4   RUMINSKI and PAMELA JOHNSON,)
                                    )
 5           Plaintiffs,            )
                                    ) Civil Action No.
 6           vs.                    ) 4:19-CV-02148
                                    )
 7   CLARK, LOVE & HUTSON, G.P.;  )
     LEE & MURPHY LAW FIRM, G.P.;)
 8   CLAYTON A. CLARK; CLAYTON A.)
     CLARK, ESQ., PC; SCOTT A.     )
 9   LOVE; SCOTT A. LOVE, PC;      )
     SHELLEY HUTSON; HUTSON LAW   )
10   FIRM, P.C.; JAMES LEE, JR.;  )
     JAMES LEE LAW FIRM, PC; and  )
11   ERIN MURPHY,                   )
                                    )
12           Defendants.            )
     _____)
13
14
              REMOTE VIDEOTAPED ORAL DEPOSITION OF
15
                          ERIN MURPHY
16
                       OCTOBER 14, 2020
17
                          9:03 a.m.
18
19
                    Witness's Location:
20
                      Law Offices of
21
       Ware, Jackson, Lee, O'Neill, Smith & Barrow, LLP
22                    2929 Allen Parkway
                         39th Floor
23                 Houston, Texas 77019
24
25     Reported Remotely Via Zoom Videoconference


                                                      Page 1
```

**EXHIBIT C**

```
 1                A P P E A R A N C E S
 2         (All parties present via videoconference)
 3
 4    FOR THE PLAINTIFFS:
 5         MR. JAMES M. BEGGS
           BEGGS LANDERS LAW FIRM, PLLC
 6         140 East Irving Boulevard
           Irving, Texas 75060
 7         Phone: (972) 253-8000
           Fax: (972) 253-9000
 8         jim@beggslaw.com
 9
      FOR THE DEFENDANTS LEE & MURPHY LAW FIRM, G.P., JAMES
10    LEE, JR., JAMES LEE LAW FIRM, PC, and ERIN MURPHY:
11         MR. DON JACKSON (present with the witness)
           MR. K. KNOX NUNNALLY
12         WARE, JACKSON, LEE, O'NEILL, SMITH & BARROW, LLP
           America Tower, 39th Floor
13         2929 Allen Parkway
           Houston, Texas 77019
14         Phone: (713) 659-6400
           Fax: (713) 659-6262
15         donjackson@warejackson.com
           knoxnunnally@warejackson.com
16
17    FOR THE DEFENDANTS CLARK, LOVE & HUTSON, G.P., CLAYTON
      A. CLARK, CLAYTON A. CLARK, ESQ. PC, SHELLEY HUTSON,
18    and HUTSON LAW FIRM, P.C.:
19         MR. DALE JEFFERSON
           MARTIN, DISIERE, JEFFERSON & WISDOM
20         808 Travis
           Suite 1100
21         Houston, Texas 77002
           Phone: (713) 632-1700
22         Fax: (713) 222-0101
           jefferson@mdjwlaw.com
23
24
25
```

Veritext Legal Solutions
800-336-4000

**EXHIBIT C**

```
 1                APPEARANCES, CONTINUED
 2
 3    FOR THE DEFENDANTS SCOTT A. LOVE and SCOTT A.
      LOVE, PC:
 4
          MR. BILLY SHEPHERD
 5        SHEPHERD PREWETT, PLLC
          770 South Post Oak Lane
 6        Suite 420
          Houston, Texas 77056
 7        Phone: (713) 955-4440
          Fax: (713) 766-6542
 8        bshepherd@spcounsel.com
 9
10    ALSO PRESENT:
11        Mr. James Lee, Jr. - Defendant
12        Ms. Jennifer Black - Clark, Love & Hutson, G.P.
13        Mr. Will Rain - Videographer
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 3
```

**EXHIBIT C**

```
 1        A.    Only one right now.
 2        Q.    Any children?
 3        A.    I have two.
 4        Q.    Very nice.  Boy and girl or --
 5        A.    I have one girl and one boy.
 6        Q.    Wonderful.  All right.
 7              And where did you go to law school,
 8   Ms. Murphy?
 9        A.    South Texas College of Law.
10        Q.    Okay.  When did you graduate?
11        A.    2003.
12        Q.    And then where did you go to work after
13   law school?
14        A.    I worked for the Mostyn Law Firm.
15        Q.    I'm sorry.  Say that again?
16        A.    The Mostyn Law Firm.
17        Q.    Mostyn.  Okay.
18        A.    M-O-S-T-Y-N.
19        Q.    How long were you there?
20        A.    2003, as a lawyer, through 2008.  I did
21   previously clerk there, I believe in 2002.
22        Q.    What was your position?
23        A.    I was an associate attorney beginning in
24   2003.
25        Q.    All right.  And when did you leave there?
```

Veritext Legal Solutions
800-336-4000

**EXHIBIT C**

```
 1        A.    I believe September of 2008.
 2        Q.    And who did you go to work with then?
 3        A.    I went to work with what was then Clark,
 4   Dean & Burnett.
 5        Q.    And what was your position there?
 6        A.    Associate attorney.
 7        Q.    Okay.  What law firm did you work for in
 8   2011?
 9        A.    Clark, Burnett, Love & Lee.
10        Q.    And what was your position there?
11        A.    Associate attorney.
12        Q.    Okay.  What law firm did you work for in
13   2012?
14        A.    Lee Murphy Law Firm.
15        Q.    And what was your position there?
16        A.    Partner.
17        Q.    Okay.  What about 2013 and 2014?
18        A.    The same answer, Lee Murphy.
19        Q.    And that is your current law firm,
20   correct?
21        A.    Correct.
22        Q.    Okay.  And your position is partner?
23        A.    Partner, uh-huh.
24        Q.    Are you a managing partner or --
25        A.    No.
```

Page 12

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3    TAMMY ALVARADO; CLARA        )
      REDMOND; TAMMY HAGA; AMY     )
 4    RUMINSKI and PAMELA JOHNSON,)
                                   )
 5            Plaintiffs,          )
                                   ) Civil Action No.
 6            vs.                  ) 4:19-CV-02148
                                   )
 7    CLARK, LOVE & HUTSON, G.P.; )
      LEE & MURPHY LAW FIRM, G.P.;)
 8    CLAYTON A. CLARK; CLAYTON A.)
      CLARK, ESQ., PC; SCOTT A.    )
 9    LOVE; SCOTT A. LOVE, PC;     )
      SHELLEY HUTSON; HUTSON LAW   )
10    FIRM, P.C.; JAMES LEE, JR.; )
      JAMES LEE LAW FIRM, PC; and )
11    ERIN MURPHY,                 )
                                   )
12            Defendants.          )
      _____)
13
                    REPORTER'S CERTIFICATE
14         REMOTE VIDEOTAPED ORAL DEPOSITION OF
                         ERIN MURPHY
15                   OCTOBER 14, 2020
16         I, KAREN L. SHELTON, a Certified Shorthand
17    Reporter in and for the State of Texas, hereby certify
18    to the following:
19            That the witness, ERIN MURPHY, was duly
20    sworn by the officer and that the transcript of the
21    oral deposition is a true record of the testimony
22    given by the witness;
23            I further certify that pursuant to FRCP Rule
24    30(e) that the signature by the deponent:
25            ___ was requested by the deponent or a party
```

Page 71

**EXHIBIT C**

```
 1   before the completion of the deposition and is to be
 2   returned within 30 days from date of receipt of the
 3   transcript.  If returned, the attached Errata contains
 4   any changes and the reasons therefor;
 5           _X_ was not requested by the deponent or a
 6   party before the completion of the deposition.
 7           I further certify that I am neither counsel
 8   for, related to, nor employed by any of the parties or
 9   attorneys in the action in which this proceeding was
10   taken, and further that I am not financially or
11   otherwise interested in the outcome of the action.
12
13           Certified to by me this 16th day of October,
14   2020.
15
16
17
18                      *Karen L. Shelton* (signature)
                        Karen L. Shelton, CSR, RDR, CRR
19                      TX CSR 7050 Exp: 10/31/21
                        Veritext Legal Solutions
20                      Firm No. 571
                        300 Throckmorton Street
21                      Suite 1600
                        Fort Worth, Texas 76102
22                      (817) 336-3042  (800) 336-4000
23
24
25
                                                  Page 72
```

**EXHIBIT C**