# EXHIBIT F

# CONFIDENTIAL

# FILED UNDER SEAL