PAMELA JOHNSON - 8/26/2020

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY ALVARADO, et al. § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:19-cv-02148 |
| § | |
| CLARK, LOVE & HUTSON, § | |
| GP, et al. § | |
| § | |
| Defendants. § | |

ORAL AND VIDEOTAPED DEPOSITION OF
PAMELA JOHNSON
AUGUST 26, 2020

REPORTED REMOTELY DUE TO THE
COVID-19 STATE OF DISASTER

Oral and videotaped deposition of Pamela Johnson, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above styled and numbered cause on Wednesday, August 26, 2020, from 9:25 a.m. to 6:56 p.m., before Rene White Moarefi, CSR, CRR, RPR in and for the State of Texas, reported by computerized stenotype machine, remotely from Mission Viejo, California, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

HANNA & HANNA, INC.
713.840.8484

**EXHIBIT G**

```
 1                    A P P E A R A N C E S

 2
     FOR THE PLAINTIFFS:
 3       JAMES M. BEGGS, ESQ. (VIA VIDEOCONFERENCE)
         BEGGS LANDERS LAW FIRM, PLLC
 4       140 E. Irving Boulevard
         Irving, Texas   75060
 5       Tel:  972.253.8000
         jim@beggslaw.com
 6
         LYNDA LANDERS, ESQ. (VIA VIDEOCONFERENCE)
 7       BEGGS LANDERS LAW FIRM, PLLC
         1207 W. University Drive, Suite 102
 8       McKinney, Texas   75069
         972.301.8324
 9       lynda@beggslanderslaw.com

10

11   FOR THE DEFENDANTS SCOTT A. LOVE AND SCOTT A. LOVE,
     P.C.:
12       BILLY SHEPHERD, ESQ. (VIA VIDEOCONFERENCE)
         SHEPHERD PREWETT, PLLC
13       770 South Post Oak Lane, Suite 420
         Houston, Texas   77056
14       Tel:  713.955.4440  Fax:  713.766.6542
         bshepherd@spcounsel.com
15

16
     FOR THE DEFENDANT CLARK, LOVE & HUTSON:
17       DALE JEFFERSON, ESQ. (VIA VIDEOCONFERENCE)
         RAUL SUAZO, ESQ. (VIA VIDEOCONFERENCE)
18       MARTIN, DISIERE, JEFFERSON & WISDOM
         808 Travis, Suite 1100
19       Houston, Texas   77002
         Tel:  713.632.1700  Fax:  713.222.0101
20       jefferson@mdjwlaw.com

21

22

23

24

25
```

**EXHIBIT G**

```
 1   FOR THE DEFENDANTS JAMES LEE, JR., JAMES LEE LAW
     FIRM, P.C., AND ERIN MURPHY:
 2       DON JACKSON, ESQ. (VIA VIDEOCONFERENCE)
         K. KNOX NUNNALLY, ESQ. (VIA VIDEOCONFERENCE)
 3       WARE JACKSON LEE O'NEILL SMITH BARROW, LLP
         2929 Allen Parkway, 39th Floor
 4       Houston, Texas  77019
         Tel:  713.659.6400  Fax:  713.659.6262
 5       donjackson@warejackson.com

 6

 7   Also Present:
       MS. CLARA REDMOND (VIA VIDEOCONFERENCE)
 8     MR. SCOTT LOVE (VIA VIDEOCONFERENCE)
       MR. SAM AMONG - VIDEOGRAPHER AND EXHIBIT TECH
 9       (VIA VIDEOCONFERENCE)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      MS. LANDERS: She was frozen, Billy.
2 If you could ask her that again.
3 BY MR. SHEPHERD:
4      Q.   Ms. Johnson, I'm going to -- so you don't
5 think I'm crazy, you froze, so I'm going to re -- I
6 try not to ask the same question two times in a row,
7 but I'm going to reask that. Is that okay?
8      MS. LANDERS: She froze again.
9      (Comments off the record.)
10      MR. SHEPHERD: Let's go off the
11 record.
12      THE VIDEOGRAPHER: We're off the
13 record. Time is 9:46 a.m.
14      (Short recess.)
15      THE VIDEOGRAPHER: We're back on
16 record. Time is 10:48 a.m.
17 BY MR. SHEPHERD:
18      Q.   Ms. Johnson, I'm going to reask the last
19 question I asked you because we didn't get an answer
20 to it.  And that is you had never received any
21 written materials from something called the Lee &
22 Murphy Law Firm, from James Lee, from Erin Murphy,
23 or something called James Lee Law Firm, PC, have
24 you?
25      A.   No.

```
 1        Q.    You have never hired the Lee & Murphy Law
 2   Firm, James Lee, Erin Murphy, or James Lee Law --
 3   excuse me -- James Lee Law Firm, PC, to represent
 4   you, true?
 5        A.    No, that's true.
 6        Q.    All right.  And you have never agreed to
 7   let the Lee & Murphy Law Firm, James Lee, Erin
 8   Murphy, or James Lee Law Firm, PC, represent you,
 9   true?
10        A.    True.
11        Q.    And, to your knowledge, the James Lee Law
12   Firm, James Lee, Erin Murphy, and the Lee & Murphy
13   Law Firm have never agreed to represent you, true?
14        A.    True.
15        Q.    To your knowledge, the James Lee Law
16   Firm, PC, James Lee, Erin Murphy, and the Lee &
17   Murphy Law Firm have never represented you in any
18   matter, true?
19        A.    True.
20        Q.    Ms. Johnson, we're going to put up on the
21   screen what we've marked as Exhibit Number 1 to your
22   deposition.
23              (Exhibit 1 marked.)
24   BY MR. SHEPHERD:
25        Q.    And you would agree, ma'am, that these
```

```
 1              REPORTER'S CERTIFICATION
                DEPOSITION OF PAMELA JOHNSON
 2                 TAKEN AUGUST 26, 2020

 3              REPORTED REMOTELY DUE TO THE
                  COVID-19 STATE OF DISASTER
 4

 5       I, Rene White Moarefi, Certified Shorthand

 6  Reporter and Notary Public in and for the State of

 7  Texas, hereby certify to the following:

 8          That the witness, Pamela Johnson, was duly

 9  sworn by the officer and that the transcript of the

10  oral deposition is a true record of the testimony

11  given by the witness;

12          That the original deposition was delivered

13  to BILLY SHEPHERD;

14          That a copy of this certificate was served

15  on all parties and/or the witness shown herein on

16  _____.

17          I further certify that pursuant to FRCP No.

18  30(f)(i) that the signature of the deponent was

19  requested by the deponent or a party before the

20  completion of the deposition and that the signature

21  is to be returned within 30 days from date of

22  receipt of the transcript.  If returned, the

23  attached Changes and Signature Page contains any

24  changes and the reasons therefor.

25
```

**EXHIBIT G**

1       I further certify that I am neither counsel
2  for, related to, nor employed by any of the parties
3  in the action in which this proceeding was taken,
4  and further that I am not financially or otherwise
5  interested in the outcome of the action.
6       Certified to by me this 8th day of
7  September, 2020.

10                  Rene White Moarefi, CSR, CRR, RPR
11                  My notary commission expires 10-28-22

13                  HANNA & HANNA, INC.
                    CRF # 10434; Expires 10-31-2022
                    8582 Katy Freeway, Suite 105
14                  Houston, Texas  77024
                    713-840-8484 - 713-583-2442