# EXHIBIT H

# CONFIDENTIAL

# FILED UNDER SEAL