IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TAMMY ALVARDO, CLARA          §
REDMOND, TAMMY HAGA,          §
and AMY RUMINSKI              §
                             §
        Plaintiffs,           §
                             §          CIVIL ACTION NO 4:19-CV-02148
vs.                           §
                             §          JUDGE ANDREW S. HANEN
CLARK, LOVE & HUTSON, G.P., LEE &   §
MURPHY LAW FIRM, G.P., CLAYTON A.   §
CLARK, CLAYTON A. CLARK, ESQ., PC,  §
SHELLY HUTSON, HUTSON LAW FIRM,     §
P.C., JAMES LEE, JR., JAMES LEE LAW §
FIRM, PC, and ERIN MURPHY           §
                             §
        Defendants.           §

_____

**ORDER GRANTING LEE MURPHY DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

_____

ON THIS DAY came before the Court Defendants Lee Murphy Law Firm, James Lee, Jr., James Lee Law Firm, PC, and Erin Murphy's (collectively, "Lee Murphy Defendants") Motion for Summary Judgment against Plaintiffs Tammy Haga and Pamela Johnson (the "Motion"). This Court, having considered the Motion, the pleadings on file with the Court, and the argument of counsel, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED and judgment is hereby rendered that Plaintiffs Tammy Haga and Pamela Johnson take nothing on their claims against the Lee Murphy Defendants.

SIGNED this _____ day of _____, 20___.

_____
Andrew S. Hanen
United States District Judge