**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| TAMMY ALVARADO, CLARA REDMOND, TAMMY HAGA, and AMY RUMINSKI, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P., CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, PC, JAMES LEE, JR., JAMES LEE LAW FIRM, PC, AND ERIN MURPHY, <br><br> Defendants. | Case No. 4:19-CV-02148 <br><br> (JURY) |

## DEFENDANTS' EXHIBIT LIST

EXHIBIT 1 TO DEFENDANTS' PRE-TRIAL ORDER

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| TAMMY ALVARADO; CLARA REDMOND; TAMMY HAGA, AMY RUMINSKI; and PAMELA JOHNSON<br><br>*versus*<br><br>CLARK, LOVE & HUTSON, G.P.; LEE MURPHY LAW FIRM, GP; CLAYTON A. CLARK; CLAYTON A. CLARK, ESQ., PC; SCOTT A. LOVE; SCOTT A. LOVE, PC; SHELLEY HUTSON; HUTSON LAW FIRM, PC; JAMES LEE, JR.; JAMES LEE LAW FIRM, PC.; and ERIN MURPHY | HOUSTON DIVISION<br><br>CIVIL ACTION NO. 4:19-CV-02148<br><br>**DEFENDANTS' JOINT EXHIBIT LIST** |
| LIST OF: Defendants<br>TYPE OF HEARING: Trial | COUNSEL:<br><br>DALE JEFFERSON/RAUL SUAZO (FOR CLARK LOVE & HUTSON, GP; CLAYTON A. CLARK; CLAYTON A. CLARK ESQ., PC; SHELLEY HUTSON; AND HUTSON LAW FIRM, PC)<br><br>BILLY SHEPHERD (FOR SCOTT A. LOVE AND SCOTT A. LOVE, PC)<br><br>DON JACKSON/KNOX NUNNALLY (FOR LEE MURPHY LAW FIRM, PC; JAMES LEE, JR.; JAMES LEE LAW FORM, PC; AND ERIN MURPHY) |

| JUDGE: | CLERK: | REPORTER: |
|---|---|---|
| ANDREW S. HANEN | RHONDA HAWKINS | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | AMS MSA<br>(CLH 528431-CLH 528470) | | | | |
| 2. | Bard MSA<br>(CLH 528471-CLH 528511) | | | | |
| 3. | BSC MSA<br>(CLH 528512-CLH 528550) | | | | |
| 4. | Ethicon/J&J MSA<br>(CLH 528551-CLH 528582) | | | | |
| 5. | AMS Tolling Agreement (March 6, 2014)<br>(CLH 528583-CLH 528588) | | | | |
| 6. | BSC Tolling Agreement (August 6, 2015) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (CLH 528576-CLH 528580) | | | | |
| 7. | BSC Tolling Agreement extension (January 14, 2016) (CLH 528582-CLH 528582) | | | | |
| 8. | ALVARADO Medical Records (CLH 000619-CLH 000621; CLH 000131-CLH 000133; CLH 000449-CLH 000451) | | | | |
| 9. | Alvarado Questionnaire (CLH 000088-CLH 000090) | | | | |
| 10. | Alvarado/CLH POA (December 4, 2011) (CLH 000426-CLH 000427) | | | | |
| 11. | Status Letter (January 14, 2013) (CLH 000026) | | | | |
| 12. | Status Letter (April 19, 2013) (CLH 000038) | | | | |
| 13. | MedCare Expense Letter (August 2, 2013) (CLH 000418-CLH 000419) | | | | |
| 14. | Status Letter (October 18, 2013) (CLH 000035-CLH 000036) | | | | |
| 15. | Status Letter (November 4, 2013) (CLH 000037) | | | | |
| 16. | Status Letter (March 24, 2014) (CLH 000030-CLH 000032) | | | | |
| 17. | Status Letter (September 8, 2014) (CLH 000033-CLH 000034) | | | | |
| 18. | Status Letter (March 24, 2015) (CLH 000294-CLH 000295) | | | | |
| 19. | Notice of Potential Settlement Letter, with Signed Consent to Participate (August 3, 2015) CLH 000041-CLH 000043) | | | | |
| 20. | Defendant's Original Answer (October 28, 2015) CLH 000028-CLH 000029) | | | | |
| 21. | Order Appointing Special Master and Chancery (October 30, 2015) (CLH 002257-CLH 002269) | | | | |
| 22. | Special Master Letter (December 18, 2025) (CLH 000044-CLH 000051) | | | | |
| 23. | Order Approving Settlement and Settlement Disclosure (April 7, 2016) (CLH 000138-CLH 000199) | | | | |
| 24. | Disclosure Letter and Settlement Offer (April 25, 2016) CLH 000052-CLH 000075) | | | | |
| 25. | Signed Settlement Documents (May 16, 2016) (CLH 000093-CLH 000115) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 26. | Lynne Liberato Opinion Letter (July 13, 2016) (CLH 000250-CLH 000269) | | | | |
| 27. | First Plea In Intervention (February 24, 2017) (CLH 000271-CLH 000279) | | | | |
| 28. | Order Approving Special Masters Recommendation for Disbursement (March 3, 2017) (CLH 000285-CLH 000289) | | | | |
| 29. | Settlement Statement Acknowledgement (March 27, 2017) (CLH 000084-CLH 000087) | | | | |
| 30. | Order Approving Special Master's Second (March 27, 2018) (CLH 000280-CLH 284) | | | | |
| 31. | Special Master EIF Determination Letter (April 3, 2018) (CLH 000039, CLH 000076) | | | | |
| 32. | Order Approving Special Master's Third Report (November 5, 2018) (CLH 000290-CLH 000293) | | | | |
| 33. | Special Master EIF Determination Letter (November 13, 2018) (CLH 000040, CLH 000080) | | | | |
| 34. | Settlement Statement Acknowledgement (November 21, 2018) (CLH 000077-CLH 000076) | | | | |
| 35. | Settlement Statement Acknowledgement (December 27, 2018) (CLH 000080-CLH 000083) | | | | |
| 36. | Amended Final Judgment (March 26, 2019) (CLH 000241-CLH 000248) | | | | |
| 37. | Alvarado Call Notes | | | | |
| 38. | Alvarado/Beggs Landers POA (October 14, 2019) (ARCRH 000022-ARCRH 000025) | | | | |
| 39. | HAGA Medical Records (CLH 000951-CLH000952; CLH 000946-CLH 000949; CLH 000915) | | | | |
| 40. | Haga Questionnaire CLH 0001030-CLH 001031) | | | | |
| 41. | Haga/Pulaski & Middleton and CLH Signed Contract (CLH 000925) | | | | |
| 42. | Status Letter (April 13, 2012) (CLH 000724-CLH000725) | | | | |
| 43. | Status Letter (November 6, 2012) | | | | |

|     |                                                                                                           |     |     |     |     |
| --- | --------------------------------------------------------------------------------------------------------- | --- | --- | --- | --- |
|     | (CLH 00707)                                                                                               |     |     |     |     |
| 44. | Status Letter (April 19, 2013) (CLH 000726)                                                               |     |     |     |     |
| 45. | Status Letter (October 14, 2013)                                                                          |     |     |     |     |
| 46. | Status Letter (March 24, 2014) (CLH 000729-CLH 000731)                                                    |     |     |     |     |
| 47. | Decree of Dissolution (April 19, 2013) (CLH 000899-CLH 000900)                                            |     |     |     |     |
| 48. | Notice of Potential Settlement Letter, with Signed Consent to Participate (May 16, 2014) CLH 000814-CLH 000817) |     |     |     |     |
| 49. | Special Appearance of Defendants AMS et al. (June 13, 2014) (CLH 0001085-CLH 0001100)                     |     |     |     |     |
| 50. | Order Appointing Special Master In Chancery (July 1, 2014)                                                |     |     |     |     |
| 51. | Special Master Letter (August 6, 2014) (CLH 000818-CLH 000826)                                            |     |     |     |     |
| 52. | Preliminary Order Approving Settlement (November 20, 2014) (CLH 001036-CLH 001070)                        |     |     |     |     |
| 53. | Disclosure Letter and Settlement Offer (January 15, 2015) (CLH 000827-CLH 000851)                         |     |     |     |     |
| 54. | Lynne Liberato Opinion Letter (February 5, 2015) (CLH000778-CLH 000800)                                   |     |     |     |     |
| 55. | Signed Settlement Documents (March 1, 2015) (CLH 000865-CLH 895)                                          |     |     |     |     |
| 56. | Order Approving Special Master's Recommendations (September 1, 2015) (CLH 000809-CLH 000813)              |     |     |     |     |
| 57. | Settlement Statement Acknowledgement (September 27, 2015) (CLH 000896-CLH 000897)                         |     |     |     |     |
| 58. | Fifth Plea In Intervention ()ctober 15, 2013) (CLH 000915-CLH 000924)                                     |     |     |     |     |
| 59. | Haga Handwritten Letter re: Husband (CLH 000912-CLH 000913                                                |     |     |     |     |
| 60. | Joey Haga Release of Interest (December 8, 2015) (CLH 001071-CLH 001072)                                  |     |     |     |     |
| 61. | Final Judgment (March 20, 2019) (CLH 000770-CLH 000777)                                                   |     |     |     |     |
| 62. | Haga Call Notes                                                                                           |     |     |     |     |
| 63. | Haga/Beggs Landers POA (June 25, 2019)                                                                    |     |     |     |     |

|     |                                                                                                                          |  |  |  |  |
|-----|--------------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|     | (ARCRH 000191-ARCRH 000194)                                                                                              |  |  |  |  |
| 64. | JOHNSON Medical Records (CLH 0001309-CLH0001311; CLH 00012811283; CLH 0001312; CLH 0001317-CLH 0001318; CLH 0001395; CLH 0001408 |  |  |  |  |
| 65. | Johnson Questionnaire (CLH 0001222-CLH 0001226)                                                                          |  |  |  |  |
| 66. | Johnson/CLH POA (November 10, 2011) (CLH 0001361-CLH 0001362                                                              |  |  |  |  |
| 67. | Status Letter (November 5, 2012) (CLH 0001084)                                                                           |  |  |  |  |
| 68. | Status Letter (March 1, 2013) (CLH 0001078)                                                                              |  |  |  |  |
| 69. | Status Letter (October 14, 2013) (CLH 0001082-CLH 0001083)                                                               |  |  |  |  |
| 70. | Status Letter (March 25, 2014) (CLH 0001079-CLH 0001081)                                                                 |  |  |  |  |
| 71. | Notice of Potential Settlement with Signed Consent to Participate (May 16, 2014) (CLH 0001260-CLH 0001263)                |  |  |  |  |
| 72. | Special Appearance of Defendants AMS etal. (June 13, 2014) (CLH 0001085-CLH 0001100)                                     |  |  |  |  |
| 73. | Order Appointing Special Master In Chancery (July 1, 2014)                                                               |  |  |  |  |
| 74. | Special Master Letter (August 6, 2014) (CLH 0001180-CLH 0001188)                                                         |  |  |  |  |
| 75. | Preliminary Order Approving Settlement (November 20, 2014) (CLH 0001326-CLH 0001360)                                     |  |  |  |  |
| 76. | Disclosure Letter and Settlement Offer (December 22, 2014) (CLH 0001189-CLH 0001213)                                     |  |  |  |  |
| 77. | Signed Settlement Documents (January 15, 2015) (CLH 0001227-CLH 0001259)                                                  |  |  |  |  |
| 78. | Lynne Liberato Opinion Letter (February 5, 2015) (CLH 000778-CLH 000799)                                                 |  |  |  |  |
| 79. | Order Approving Special Master's Recommendations (March 10, 2015) (CLH 0001363- CLH 0001367)                             |  |  |  |  |
| 80. | First Plea In Intervention (March 24, 2015) (CLH 0001368- CLH 0001376)                                                   |  |  |  |  |
| 81. | Settlement Statement Acknowledgement (April 14, 2015)                                                                    |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | (CLH 0001218- CLH 0001221) |  |  |  |  |
| 82. | Order Approving Master's Second Report (May 3, 2016) (CLH 0001273-CLH 0001276) |  |  |  |  |
| 83. | Settlement Statement Acknowledgement (September 27, 2016) (CLH 0001214- CLH 0001217) |  |  |  |  |
| 84. | Final Judgment (March 20, 2019) (CLH 0001139-CLH 0001146) |  |  |  |  |
| 85. | Johnson Call Notes |  |  |  |  |
| 86. | Johnson/Beggs Landers POA (July 18, 2019) (ARCRH 000412-ARCRH 000415) |  |  |  |  |
| 87. | REDMOND Medical Records (CLH 001513-CLH 001514; CLH 001471-CLH 001472; CLH 001836-CLH 001838; CLH 001520-CLH1521) |  |  |  |  |
| 88. | Redmond Questionnaire (CLH 001682-CLH001684) |  |  |  |  |
| 89. | Redmond/CLH POA (CLH 001762-CLH 001765) |  |  |  |  |
| 90. | Redmond v. Ethicon/J&J Complaint (January 17, 2014) (CLH 528589-CLH528600) |  |  |  |  |
| 91. | Status Letter (June 12, 2012) (CLH 001418-CLH 001419) |  |  |  |  |
| 92. | Status Letter (November 5, 2012) (CLH 001417) |  |  |  |  |
| 93. | Handwritten note from Redmond (February 20, 2013) (CLJ 001678) |  |  |  |  |
| 94. | Status Letter (April 19, 2013) (CLH 001414) |  |  |  |  |
| 95. | Status Letter (October 15, 2013) (CLH 001415-CLH 001416) |  |  |  |  |
| 96. | Status Letter (March 26, 2014) (CLH 001540-CLH 001542) |  |  |  |  |
| 97. | Status Letter (March 17, 2015) (CLH 001680-CLH 001681) |  |  |  |  |
| 98. | Status Letter (July 16, 2015) (CLH 001676-CLH 001677) |  |  |  |  |
| 99. | Notice of Potential Settlement (November 30, 2015) (CLH 001725-CLH 001726) |  |  |  |  |
| 100. | Order Appointing Special Master In Chancery (March 17, 2016) |  |  |  |  |
| 101. | Special Master Letter (May 19, 2016) |  |  |  |  |

| # | Description | | | | |
|---|---|---|---|---|---|
| | CLH 001727-CLH 001734) | | | | |
| 102. | Defendant Ethicon's Answer (September 22, 2016) (CLH 001562-CLH 001563) | | | | |
| 103. | Defendant J&J's Answer (September 22, 2016) (CLH 001674-CLH 001675 | | | | |
| 104. | Plaintiff Fact Sheet (CLH 001420-CLH 001456) | | | | |
| 105. | Order Approving Settlement & Settlement Disclosure (September 28, 2016) (CLH 001574-CLH 001636) | | | | |
| 106. | Disclosure Letter and Settlement Offer (October 11, 2016) (CLH 001685-CLH 001719) | | | | |
| 107. | Signed Settlement Documents (October 18, 2016) (CLH 001739-CLH 001758) | | | | |
| 108. | Lynne Liberato Opinion Letter (December 21, 2016) (CLH 001637-CLH 001657) | | | | |
| 109. | Order Approving Special Masters' Recommendations (July 3, 2017) (CLH 001658-CLH 001660) | | | | |
| 110. | Settlement Statement Acknowledgement (August 18, 2017) (CLH 001735-CLH 001738) | | | | |
| 111. | Order Approving Special Master's Second Report (June 19, 2018) (CLH 001662-CLH 001665) | | | | |
| 112. | Special Master EIF Determination Letter (June 26, 2018) (CLH 001724) | | | | |
| 113. | Tenth Plea In Intervention (July 27, 2018) (CLH 001666-CLH 001673) | | | | |
| 114. | Settlement Statement Acknowledgement (August 5, 2018) (CLH 001720-CLH 001723) | | | | |
| 115. | Final Judgment (August 15, 2019) (CLH 001565-CLH 001573) | | | | |
| 116. | Redmond Journal Notes (ARCRH 00308) | | | | |
| 117. | Redmond Call Notes | | | | |
| 118. | Redmond/Beggs Landers POA (May 30, 2019) ARCRH 000349-ARCRH352) | | | | |
| 119. | RUMINSKI Medical Records | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (CLH 002173-CLH 002175) | | | | |
| 120. | Ruminski Questionnaire (CLH 002082-CLH 002084) | | | | |
| 121. | Ruminski/CLH POA (November 8, 2011) (CLH 002168-CLH 002169) | | | | |
| 122. | Status Letter (November 5, 2012) (CLJ 001908) | | | | |
| 123. | Status Letter (April 19, 2013) (CLH 001909) | | | | |
| 124. | Status Letter (October 18, 2013) (CLH 001906-CLH 001907) | | | | |
| 125. | Status Letter (March 24, 2014) (CLH –1901-CLH 001903) | | | | |
| 126. | Status Letter (September 8, 2014) (CLH 001904-CLH 001905) | | | | |
| 127. | Status Letter (March 24, 2015) (CLH 002080-CLH 002081) | | | | |
| 128. | Order Granting Special Master In Chancery (July 7, 2015) | | | | |
| 129. | Notice of Potential Settlement with Consent to Participate (July 21, 2105) (CLH 002030-CLH 002032) | | | | |
| 130. | Signed Consent to Participate (July 27, 2015) | | | | |
| 131. | BSC's Original Answer (July 27, 2015) (CLH 001977-CLH 001978) | | | | |
| 132. | Special Master Letter (February 4, 2016) (CLH 002058-CLH 002065) | | | | |
| 133. | Order Approving Settlement & Settlement Disclosure (February 29, 2016) (CLH 001911-CLH 001976) | | | | |
| 134. | Disclosure Letter and Settlement Offer (March 4, 2016) (CLH 002085-CLH 002131) | | | | |
| 135. | Signed Settlement Documents (March 19, 2016) (CLH 002132-CLH 002163) | | | | |
| 136. | Lynne Liberato Opinion Letter (May 11, 2016) (CLH 002033-CLH 002057) | | | | |
| 137. | Order Approving Special Master's Recommendation (July 8, 2016) (CLH 001979-CLH 001982) | | | | |
| 138. | Second Plea In Intervention (July 20, 2016) (CLH 002072-CLH 002079) | | | | |
| 139. | Settlement Statement Acknowledgement (July 22, 2016) (CLH 002164-CLH 002167) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 140. | Final Judgment (August 15, 2019) (CLH 001983-CLH 001992) | | | | |
| 141. | Ruminski Call Notes | | | | |
| 142. | Ruminski/Beggs Landers POA (June 25, 2019) (ARCRH 000198-ARCRH000201) | | | | |
| 143. | Consent Order Approving the Establishment of CLH AMS Qualified Settlement Fund (June 24, 2014) (CLH 528876-CLH 528877) | | | | |
| 144. | Order Approving the Establishment of the CLH Bard Qualified Settlement Fund (June 24, 2015) (CLH 528880-CLH 528881) | | | | |
| 145. | Order Approving the Establishment of the CLH BSC Qualified Settlement Fund (June 24, 2015) (CLH 528880-CLH 528881) | | | | |
| 146. | Order Sealing Court Records (March 9, 2016) (CLH 528882) | | | | |
| 147. | Class Action Complaint-Rhea County, Tennessee (August 23, 2012) (CLH 528716-CLH 528763) | | | | |
| 148. | Class Action Complaint-Shelby County, Tennessee (September 19, 2012) | | | | |
| 149. | Class Action Complaint-Brooke County, West Virginia (December 12, 2012) (CLH 528601-CLH 528655) | | | | |
| 150. | Class Action Complaint-Rutherford County, Tennessee (October 10, 2012) (CLH 528658-CLH 528715) | | | | |
| 151. | BSC's Motion for Summary Judgment (July 18, 2014) | | | | |
| 152. | Plaintiff's Response to BSC's Motion for Summary Judgment (September 23, 2014) | | | | |
| 153. | Order Dismissing Certain Cases w/Prejudice – MDL No. 2325 USDC W. Virginia (September 27, 2016) (CLH 528651-CLH 528655) | | | | |
| 154. | Order Dismissing Certain Cases w/Prejudice – MDL No. 2185 USDC W. Virginia (July 5, 2018) CLH 528710-CLH 528715) | | | | |
| 155. | Order Dismissing Certain Cases w/Prejudice – MDL No. 2326 USDC W. Virginia (October 29, 2018) (CLH 528762-CLH 528763) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 156. | Joint Motion to Dismiss (May 24, 2019) (CLH 528817-CLH 528818) | | | | |
| 157. | AMS Answer and Affirmative Defenses to Plaintiffs' First Amended Master Long Form Complaint and Jury Demand – MDL No. 2325 USDC W. Virginia (August 30, 2012) | | | | |
| 158. | Bard's Answer and Affirmative Defenses to Plaintiffs' Long Form Complaint and Jury Demand – MDL No. 2187 USDC W. Virginia (March 19, 2012) | | | | |
| 159. | BSC's Master Answer to Plaintiff's Master Long Form Complaint and Jury Demand – MDL No. 2326 USDC W. Virginia (September 21, 2012) | | | | |
| 160. | Ethicon Master Answer and Jury Demand to First Amended Master Complaint – MDL No. 2327 USDC W. Virginia (August 30, 2012) | | | | |
| 161. | Twombly v. BSC; No. 2:13-cv-23829 (Ticer Exhibit No.9) | | | | |
| 162. | PTO No. 298 (Ticer Exhibit No. 10) | | | | |
| 163. | Order - Jones v. Ethicon; No. 4:21-cv-23; USDC of Georgia, Savannah Division | | | | |
| 164. | *Kiger v. Balestri* (Ticer Exhibit No. 11) | | | | |
| 165. | *Hoover Slovacek LLP v. Walton* (Ticer Exhibit No. 12) | | | | |
| 166. | *Indian Harbor Ins. Co. v. KB Lone Star Inc.* (Ticer Exhibit No. 15) | | | | |
| 167. | Form POA (Ticer Exhibit No. 13) | | | | |
| 168. | Form Contract of Employment (Ticer Exhibit No. 14) | | | | |
| 169. | Ticer Invoice (Ticer Exhibit No. 4) | | | | |
| 170. | Orders Creating TVM MDLs (Dkt. 95-CLH Defendants MSJ Exhibit No. 6) | | | | |
| 171. | TVM Scientific literature (Dkt. 95-CLH Defendants MSJ Exhibit No. 5) | | | | |
| 172. | Orders to Show Cause (AMS, Bard, BSC, Ethicon/J&J) (July 19, 2019) | | | | |
| 173. | Orders Following Show Cause Hearing (AMS, Bard, BSC, Ethicon/J&J) (September 17, 2019) | | | | |
| 174. | Amended Injunction Order (CLH v. Beggs et al) (September 27, 2019) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 175. | Opinion Affirming Injunction against Beggs et al. (December 17, 2020) (Dkt. 95-CLH Defendants MSJ Exhibit No. 44) | | | | |
| 176. | Clayton A. Clark CV (Dkt. 95-CLH Defendants MSJ Exhibit No. 02) | | | | |
| 177. | Scott A Love CV (Dkt. 95-CLH Defendants MSJ Exhibit No. 03) | | | | |
| 178. | Shelley Hutson CV (Dkt. 95-CLH Defendants MSJ Exhibit No. 04) | | | | |
| 179. | Edward Blizzard CV (Attached to CLH Defendants Designation of Experts) | | | | |
| 180. | Lynn Baker CV (Attached to CLH Defendants Designation of Experts) | | | | |
| 181. | James McCormack CV (Attached to LM Defendants' Designation of Experts) | | | | |
| 182. | Various Demonstrative Aids to be determined at Trial | | | | |