United States District Court
Southern District of Texas
**ENTERED**
April 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY ALVARADO, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-CV-2148 |
| CLARK, LOVE & HUTSON, G.P., *et al.*, | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court has granted the Motions for Summary Judgment filed by Clark, Love, & Hutson, G.P., Clayton A. Clark, Clayton A. Clark, Esq., P.C., Shelley Hutson, Hutson Law Firm, P.C., Scott A. Love, and Scott A. Love, P.C. and their co-Defendants, Lee Murphy Law Firm, James Lee Law Firm, P.C., and Erin Murphy in a separate order. (Doc. Nos. 95, 98). To the extent the Lee Murphy Defendants raised other issues in their earlier Motion for Summary Judgment (Doc. No. 96), they were denied without prejudice as moot. All other pending motions are denied as moot.

The Court hereby renders a judgment that the Plaintiffs take nothing as to all Defendants. All costs of court are taxed against Plaintiffs.

SIGNED at Houston, Texas this 15th day of April, 2021.

Andrew S. Hanen
United States District Judge

1